**REDACTED**

| PROB 22 [EDTN51] (1/98) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 1:96-cr-00094-002 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* CR05-50 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Harold Cowen  Newark, Delaware | DISTRICT  EASTERN DISTRICT OF TENNESSEE | DIVISION  Chattanooga | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE  R. Allan Edgar | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM  February 2, 2004 | TO  February 1, 2009 |

| OFFENSE |
|---|
| Conspiracy to Distribute and Possess with Intent to Distribute Cocaine  Conspiracy to Escape  Attempted Escape |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF TENNESSEE"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/3/05_
Date

_R. Allan Edgar_
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF DELAWARE"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge